UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON D. SHEPHERD, | No. 2:14-cv-1314 JAM KJN P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| MONTGOMERY, | |
| Respondents. | |

  Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner paid the filing fee.

  Petitioner has failed to specify the grounds for relief in his petition,  <u>See</u> Rule 2(c), Rules Governing § 2254 Cases.  Moreover, although petitioner states "refer to appellant's opening brief in Case #C065832/Petition for Review" in the supporting facts section for ground one, petitioner did not provide a copy of the petition for review.  Rule 2(c) requires that the petition specify all the grounds for relief available to the petitioner, state the facts supporting each ground, and state the relief requested.  <u>Id.</u>  Petitioner is granted leave to amend the petition, and shall file his amended petition on the form used by this district.  Petitioner is cautioned that failure to timely comply with this order will result in a recommendation that this action be dismissed.

////

////

1

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

2. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the court's form for filing an application for writ of habeas corpus.

Dated: June 26, 2014

/shep1314.114

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2